JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABET SECURITY SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES et al., <br><br> Defendants. | Case No. 2:22-cv-07713-SB-KS <br><br> FINAL JUDGMENT |

    For the reasons set forth in the separate order granting Defendants' motion to dismiss, entered this day, the Court dismisses with prejudice the federal claims of Plaintiff Abet Security Services against Defendants City of Los Angeles, Benjamin Jones, Eric Rose, Raymond Ingal, and Stephen Winter. The Court declines supplemental jurisdiction over the remaining state law claims. The clerk is directed to close this case.

    This is a final judgment.

Date: May 12, 2023

                                                                Stanley Blumenfeld, Jr. <br>
                                                                United States District Judge